IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FATIMA ABAZOSKA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 05-CV-4810 |
| | : | |
| JO ANNE B. BARNHART, | : | |
| Commissioner of Social Security | : | |

**O R D E R**

AND NOW, this 24th day of January, 2007, upon consideration of the parties' cross-motions for summary judgment and after careful review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is ORDERED that:

1. The Report and recommendation is **APPROVED** and **ADOPTED**.

2. The Plaintiff's Motion for Summary Judgment (Doc. No. 9) is **GRANTED** in Part and **DENIED** in Part.

3. Plaintiff's request for Remand (Doc. No. 9) is **GRANTED**.

4. The Defendant's Motion for Summary Judgment (Doc. No. 11) is **DENIED**.

5. The case is **REMANDED** to the Commissioner in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

/s/ R. Barclay Surrick
U.S. District Court Judge